AO 93 (Rev. 11/13)   Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

FILED

for the

Eastern District of Missouri

JAN - 9 2018

*U.S.* DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>**The premises located at 7606 Fleta Street, Afton, MO,** is more fully described as a single family residence located on Fleta Street with an attached one car garage.   The residence is described as a ranch style dwelling, having a brown colored roof. The residence is constructed of brown in color brick and a light colored siding. The front of the residence consists of a white door with the numbers "7606" displayed in black letters directly above the door on the siding. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 4:18 MJ 6059 (PLC)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____EASTERN_____ District of _____MISSOURI_____ *(identify the person or describe the property to be searched and give its location)*:

### The premises located at 7606 Fleta Street, Afton, MO, as fully described above.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

see attached LIST.

**YOU ARE COMMANDED** to execute this warrant on or before _____January 15, 2018_____ *(note to exceed 14 days)*

✓ in the daytime 6:00 a.m. to 10:00 p.m.   ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____PATRICIA L. COHEN_____.
*(United States Magistrate Judge)*

❏   Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____.

Date and Time issued:   1/9/18   4:40 p.m.

*Judge's signature*

City and State:   St. Louis, MO

Hon. Patricia L. Cohen, U.S. Magistrate Judge
*Printed name and title*

## LIST

1. Controlled Substances:

2. Paraphernalia for packaging, cutting, weighing and distributing controlled substances, including but not limited to scales, baggies and heat sealers; and

3. Books, records, receipts, notes, ledgers, computer hard-drives and disk records, and other papers relating to the transportation, ordering, purchasing and distribution of controlled substances and/or firearms;

4. Digital media, including, but not limited to DVR, used for recording individuals engaged in narcotics distribution

5. Telephone bills, invoices, packaging, cellular batteries and/or charging devices, cancelled checks or receipts for telephone purchase/service; cellular and/or landline telephones; digital and/or alphanumeric text (two-way) pagers; computers capable of e-mail and/or chat-room communication, answering machines; address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers of sources of supply, of customers, and/or evidencing association with persons known to traffic in controlled substances or to facilitate such trafficking.

6. Photographs, in particular photographs of co-conspirators, of assets, and/or of controlled substances.

7. United States Currency, precious metals, jewelry, and financial instruments, including but not limited to, stocks and bonds, papers, titles, deeds and other documents reflecting ownership of vehicles and property utilized in the distribution of controlled substances or which are proceeds from the distribution of controlled substances;

8. Books, records, receipts, pay stubs, employment records, bank statements and records, money drafts, letters of credit, money order and cashier's checks receipts, passbooks, bank checks and other items evidencing the obtaining, secreting, transfer and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money;

9.     Papers, tickets, notes, schedules, logs, receipts and other items relating to travel, including but not limited to, travel to and from St. Louis, Missouri and elsewhere;

10.    Indicia of occupancy, residency, rental and/or ownership of the vehicles and/or premises described above, including but not limited to, utility and telephone bills, cancelled envelopes, rental or lease agreements and keys;

11.    Firearms and/or other weapons.